UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| NELYA KOVAL,<br><br>                     Plaintiff,<br><br>          v.<br><br>UNUM LIFE INSURANCE COMPANY OF AMERICA,<br><br>                     Defendant. | CASE NO. 2:23-cv-187<br><br>ORDER STRIKING TRIAL DATE AND FOR JOINT STATUS REPORT |

On September 12, 2023, the parties filed their Notice of Settlement. Dkt. No. 7. Accordingly, the Court strikes all deadlines and the trial date. The parties must file a stipulated dismissal pursuant to Fed. R. Civ. P. 41 or provide the Court with a joint status report regarding their progress in perfecting settlement within 45 days of entry of this order.

Dated this 15th day of September, 2023.

Jamal N. Whitehead
United States District Judge

ORDER STRIKING TRIAL DATE AND FOR JOINT STATUS REPORT - 1