Hon. Jamal N. Whitehead

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT TACOMA

| | |
|---|---|
| NELYA KOVAL,<br><br>    Plaintiff,<br><br>v.<br><br>UNUM LIFE INSURANCE COMPANY OF AMERICA,<br><br>    Defendant. | No. 2:23-cv-187-JNW<br><br>STIPULATED DISMISSAL WITH PREJUDICE |

THE COURT having been notified of the settlement of this matter and it appearing that no issue remains for the Court's determination, IT IS ORDERED that this action and all claims asserted herein are DISMISSED with prejudice and with each party bearing its own costs and attorneys' fees.

DATED November 9th, 2023.

_____
Jamal N. Whitehead
United States District Judge

Presented by:
ROY LAW GROUP
*/s/ Chris Roy*
R. Chris Roy, WSBA 29070

[PROPOSED] ORDER OF DISMISSAL
No. 2:23-cv-187-JNW

**ROY LAW GROUP**
1000 SW Broadway, #900
Portland, OR 97205
TEL 503-206-4313
FAX 855-344-1726
www.roylawgroup.com

JENSEN MORSE BAKER PLLC
By s/ Gabriel Baker
Gabriel Baker, WSBA 28473

[PROPOSED] ORDER OF DISMISSAL
No. 2:23-cv-187-JNW

**ROY LAW GROUP**
1000 SW Broadway, #900
Portland, OR 97205
TEL 503-206-4313
FAX 855-344-1726
www.roylawgroup.com

Page 2